IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIKI FREDERICK, on behalf of herself and others similarly situated, | ) ) ) Civil Action No. 11-00022 |
| Plaintiffs, | ) ) |
| v. | ) Judge Gary L. Lancaster ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE and SUPERVALU, INC., | ) ) ) ) ) |
| Defendants. | ) Electronically filed |

## ORDER

AND NOW, this 11th day of Jan., 2012, after consideration of Defendants SUPERVALU, INC. and Supervalu Group Benefit Plan's (Collectively "SUPERVALU") Consent Motion to Excuse the Supervalu Defendants' Representative's Personal Appearance at Mediation, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and SUPERVALU's representative's personal appearance at the mediation in this case is excused.

United States Chief District Judge
Gary L. Lancaster